```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 01876
    CHARMAINE TONEY ADKINS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8781

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/29/2008 and was not confirmed.

     The case was transfer to marilyn marshall 03/26/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------

SANTANDER CONSUMER USA   SECURED VEHIC      1255.00          .00           .00
ASSET ACCEPTANCE LLC     UNSECURED           236.84          .00           .00
ASSET ACCEPTANCE LLC     UNSECURED          1000.27          .00           .00
ASSET ACCEPTANCE LLC     UNSECURED           808.53          .00           .00
ACS                      UNSECURED         51847.64          .00           .00
RMI/MCSI                 UNSECURED          1350.00          .00           .00
MIDWEST TITLE LOAN       SECURED VEHIC      2200.00          .00           .00
INTERNAL REVENUE SERVICE PRIORITY         117862.05          .00           .00
SANTANDER CONSUMER USA   UNSECURED          5652.11          .00           .00
FIFTH THIRD BANK         UNSECURED         NOT FILED         .00           .00
AES/SUNTRUST BANK        UNSECURED         NOT FILED         .00           .00
ALLIED INTERSTATE        UNSECURED         NOT FILED         .00           .00
BARONS CREDITORS SERVICE UNSECURED         NOT FILED         .00           .00
CAVALRY INVESTMENTS      UNSECURED         NOT FILED         .00           .00
AES/NCT                  UNSECURED         NOT FILED         .00           .00
AES/NCT                  UNSECURED         NOT FILED         .00           .00
CBCS                     UNSECURED         NOT FILED         .00           .00
CITIBANK                 UNSECURED         NOT FILED         .00           .00
CITIBANK                 UNSECURED         NOT FILED         .00           .00
CITIBANK                 UNSECURED         NOT FILED         .00           .00
CITIBANK                 UNSECURED         NOT FILED         .00           .00
CITIBANK                 UNSECURED         NOT FILED         .00           .00
CITIBANK                 UNSECURED         NOT FILED         .00           .00
DEPENDON COLLECTION      UNSECURED         NOT FILED         .00           .00
DEPENDON COLLECTION      UNSECURED         NOT FILED         .00           .00
INTERNAL REVENUE SERVICE SECURED NOT I      3550.00          .00           .00
INTERNAL REVENUE SERVICE UNSECURED         56341.15          .00           .00
ERNESTO D BORGES JR      DEBTOR ATTY           .00                         .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 01876 CHARMAINE TONEY ADKINS
```

```
TRUSTEE                                             .00

PRIORITY                                                            .00
SECURED                                                             .00
UNSECURED                                                           .00
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                                .00
DEBTOR REFUND                                                       .00
                                     ---------------   ---------------
TOTALS                                          .00               .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
     Dated: 06/25/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

                              PAGE   2
          CASE NO. 08 B 01876 CHARMAINE TONEY ADKINS