IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Toney-Adkins, Charmaine | Case Number: 08 B 01876 |
| | Judge: Hollis, Pamela S |
| Printed: 7/1/08 | Filed: 3/26/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: May 19, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 2. | Midwest Title | Secured | 2,161.05 | 0.00 |
| 3. | Santander Consumer USA | Secured | 1,255.00 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 1,829.14 | 0.00 |
| 5. | Internal Revenue Service | Priority | 96,125.94 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 5,882.47 | 0.00 |
| 7. | Illinois Dept of Revenue | Unsecured | 155.34 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 26.05 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 65.40 | 0.00 |
| 10. | ACS | Unsecured | 5,703.24 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 148.50 | 0.00 |
| 12. | Santander Consumer USA | Unsecured | 621.73 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 110.03 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 88.94 | 0.00 |
| 15. | The Education Resource Institute | Unsecured | 6,083.72 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 404.94 | 0.00 |
| 17. | Allied Interstate | Unsecured | | No Claim Filed |
| 18. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 19. | Fifth Third Bank | Unsecured | | No Claim Filed |
| 20. | Cbc National Collection | Unsecured | | No Claim Filed |
| 21. | Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 22. | Citibank | Unsecured | | No Claim Filed |
| 23. | Cbc National Collection | Unsecured | | No Claim Filed |
| 24. | Citibank | Unsecured | | No Claim Filed |
| 25. | CBCS | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Toney-Adkins, Charmaine | Case Number: 08 B 01876 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 7/1/08 | Filed: 3/26/08 |

| | | | |
|---|---|---|---|
| 26. | Citibank | Unsecured | No Claim Filed |
| 27. | Citibank | Unsecured | No Claim Filed |
| 28. | I C Systems Inc | Unsecured | No Claim Filed |
| 29. | Citibank | Unsecured | No Claim Filed |
| 30. | Dependon Collections Service | Unsecured | No Claim Filed |
| 31. | I C Systems Inc | Unsecured | No Claim Filed |
| 32. | Dependon Collections Service | Unsecured | No Claim Filed |
| 33. | Citibank | Unsecured | No Claim Filed |
| 34. | Illinois Collection Service | Unsecured | No Claim Filed |
| 35. | Komyattee & Associates | Unsecured | No Claim Filed |
| 36. | Medical Collections | Unsecured | No Claim Filed |
| 37. | Komyattee & Associates | Unsecured | No Claim Filed |
| 38. | MRSI | Unsecured | No Claim Filed |
| 39. | Target Financial Services | Unsecured | No Claim Filed |
| 40. | Mutual Hospital Services | Unsecured | No Claim Filed |
| | | _____ | _____ |
| | | $ 120,661.49 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____